Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>MEHTAB S. TURNA and SUKHBIR TURNA dba EVERGREEN MARKET, MARKS'S FOOD MARKET, INC.,<br><br>  Defendants. | No. 1:10-CV-00965-OWW-SKO<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to District Judge<br>Oliver W. Wanger<br>Complaint filed: May 28, 2010<br>First Amended Complaint filed: June 8, 2010 |

Plaintiff Natividad Gutierrez, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and MarkYuyama defendant on behalf of Mark's Food Market Inc., in Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: June 22, 2010                    /s/Tanya Levinson Moore
                                       Tanya E. Levinson Moore
                                       Attorney for Plaintiff

*Gutierrez v. Mehtab Turna, et al*

Stipulation and Order for Dismissal

Page 1

Date: June 22, 2010

                                              /s/    Mark Yuymana  
                                              Mark Yuyama  
                                              In Proper

Date: June 21, 2010

                                              /s/    Mark Yuyama  
                                              Mark Yuyama on behalf of  
                                              Mark's Food Market, Inc.

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **June 22, 2010**                              **/s/ Oliver W. Wanger**  
                                                            UNITED STATES DISTRICT JUDGE

*Gutierrez v. Mehtab Turna, et al*

Stipulation and Order for Dismissal